IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANISSA REMENTER, | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NO. 2:24-cv-2928 |
| | : |
| MIDLAND CREDIT MANAGEMENT INC./MIDLAND FUNDING, LLC, | : |
| | : |
| **Defendants.** | : |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, the Defendant Midland Credit Management Inc./Midland Funding, LLC hereby remove the above-captioned matter to this Court from the Court of Common Pleas of Chester County, Pennsylvania and in support thereof aver as follows:

1. Midland Credit Management Inc./Midland Funding LLC is the Defendant in a civil action originally filed on May 28, 2024, in the Court of Common Pleas of Chester County, Pennsylvania titled *Anissa Rementer v Midland Credit Management, Inc./Midland Funding LLC* and docketed to Case No. 2024-04593-MJ.

2. This removal is timely under 28 U.S.C. § 1446(b). The Defendant received service of Plaintiff's Complaint by Certified Mail on June 3, 2024.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all pleadings, process and orders filed in the state court action.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against the Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5. On this date, the Defendant provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Chester County, Pennsylvania.

WHEREFORE, the Defendant respectfully remove this case to the United States District for the Eastern District of Pennsylvania.

    Respectfully submitted,

    **MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       PA Bar No. 92412
       12276 San Jose Blvd.
       Suite 718
       Jacksonville, FL 32223
       (904) 527-1172
       (904) 683-7353 (fax)
       lburnette@messerstrickler.com
       *Counsel for Defendant*

Dated: July 3, 2024

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on July 3, 2024, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

                        **MESSER STRICKLER BURNETTE, LTD.**

By:    <u>*/s/ Lauren M. Burnette*</u>
        LAUREN M. BURNETTE, ESQUIRE
        PA Bar No. 92412
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        *Counsel for Defendant*

Dated: July 3, 2024